**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.:1:24-cv-24134-XXXX**

| | |
|---|---|
| **KELLER NORTH AMERICA, INC.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **NICHOLAS FELDT,** | ) |
| | ) |
| Serve: | ) |
| | ) |
| 13875 SW 80th Street | ) |
| Miami, Florida 33183 | ) |
| | ) |
| Defendant. | ) |

## VERIFIED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

Plaintiff Keller North America, Inc. ("Keller") by and through counsel, for its Verified Complaint for Injunctive Relief and Damages against Defendant Nicholas Feldt ("Feldt"), states and alleges as follows:

### NATURE OF THIS ACTION

1. Keller is a geotechnical specialist contractor that works with its clients to address their geotechnical challenges across the United States and worldwide. To that end, Keller maintains a team of highly trained engineers, project managers, and business developers who have a wealth of experience and provide a wide range of geotechnical techniques and optimum solutions to clients.

2. Feldt was formerly employed by Keller and worked for the company for thirteen years, most recently as a Senior Project Manager based out of Miami, Florida. As a result of his

high-level role with Keller, Feldt had access to Keller's confidential and proprietary information relating to Keller's business plans, strategies, operations, productivity, customers, and financial performance and projections, and he was positioned to divert other members of Keller's workforce, along with Keller's intellectual property and business relationships, away from the company.

3. Feldt unexpectedly resigned from Keller, and despite being bound by a contract with Keller that included non-competition, customer non-solicitation, and employee non-solicitation provisions, Feldt went to work for Keller's direct competitor, Berkel & Company Contractors, Inc. ("Berkel"), in the same market area doing the same or substantially similar job for Berkel as he did for Keller.

4. Consequently, Keller brings this action to enjoin Feldt from violating his contractual obligations to Keller and for other damages and relief.

## PARTIES, JURISDICTION, AND VENUE

5. Keller is a corporation organized under the laws of the state of Delaware, with its principal place of business located at 7550 Teague Road, Suite 300, Hanover, Maryland 21076, and is therefore a citizen of the states of Delaware and Maryland.

6. Feldt is an individual residing and domiciled at 13875 SW 80th Street, Miami, Florida 33183 and is therefore a citizen of the state of Florida.

7. This Court has personal jurisdiction over Feldt because he resides within this District, and he violated the terms of his contract with Keller in this District.

8. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because the events or omissions giving rise to these causes of action occurred in the Southern District of Florida and Feldt resides within that District.

9. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship of the parties and the amount in controversy exceeds $75,000 exclusive of interest and costs.

## FACTUAL BACKGROUND

### KELLER'S BUSINESS OPERATIONS

10. Keller is a geotechnical specialist contractor that provides solutions to geotechnical challenges throughout the construction industry, including across commercial, institutional, mining, infrastructure, and other markets.

11. Among other areas, Keller operates in the deep foundation construction, earth retention, and ground improvement spaces providing its design-build services, products, and solutions to customers across the country and worldwide.

12. Keller's deep foundation services, which are required whenever weak soils have little capacity to resist an existing load or a change in an existing load and involve the construction of structural elements to transfer loads down to stronger underlying soils or rock, include (among other techniques) auger cast piles, bored piles/drilled shafts, driven cast in-situ piles, driven precast piles, screw piles, macropiles, and micropiles.

13. Keller's earth retention services, which are used to retain earth successfully so that it does not move or shift to any unwanted directions, include (among other techniques) anchors, contiguous pile walls, micropile slide stabilization systems, secant pile walls, and sheet piles.

14. Keller also provides ground improvement services, which can increase the load bearing capacity of the ground, reduce settlement, and improve the engineering properties of existing soils through, among other techniques, rigid inclusions, compaction grouting, pressure grouting, and deep soil mixing.

15. Among other locations, Keller has operations in Florida.

**FELDT'S EMPLOYMENT WITH KELLER**

16.     In or around September 2007, Keller acquired HJ Foundation. HJ Foundation continued to operate as HJ Foundation until January 2020, when it merged with all other Keller companies under the Keller name.

17.     Nicholas Feldt was hired by HJ Foundation Company, a Keller Company, in or around May 2011 as an intern.

18.     During his tenure with Keller, Feldt held various positions with the Company.

19.     On or about September 30, 2019, as a term and condition of his continued employment and in consideration of his participation in the Company's bonus program, Feldt entered into an Agreement with Keller (the "Agreement").  A true and accurate copy of the Agreement is attached hereto and incorporated herein as **Exhibit 1**.

20.     The Agreement contains a non-competition covenant, providing that for a one-year period following the termination of his employment with Keller, he is prohibited from working for any company, entity, or person that engaged in the "business of providing ground improvement, foundation drilling, earth retention, groundwater control, and/or other geotechnical services" in (i) Miami-Dade County, Florida; (ii) Broward County, Florida; and (iii) Palm Beach County, Florida. Ex. 1, Feldt Agreement ¶¶1, 2.2, 3.1.

21.     The Agreement also contains restrictions on non-solicitation of customers and employees, among other provisions. Ex. 2, Feldt Agreement ¶¶3.1.

22.     Feldt was promoted into progressively higher positions with Keller, ultimately being named as Senior Project Manager based out of Miami, Florida.

23.     During his employment with Keller, Feldt had responsibility for, among other things, project management, identifying new opportunities, markets, clients and technologies

while building client relationships; evaluating opportunities to maximize profitability; estimating; engineering; technical writing; negotiating contracts; conducting site visits and interfacing directly with clients; developing plans and strategies with project teams; improving productivity; monitoring and managing weekly and monthly project financial reports, forecasts, budgets, and other metrics; and building and leading project-based teams.

**COMPETING COMPANY BERKEL'S BUSINESS OPERATIONS**

24. Berkel is a specialty geotechnical contractor in the deep foundation construction, earth retention, and ground improvement arenas that provides geotechnical construction and specialized foundation and construction services to its clients across the country and in the Caribbean.

25. The company touts itself as being "one of the largest piling contractors in the U.S." and as "the most experienced designer and installer of single-pass, cast-in-place foundation systems in the U.S."

26. According to Berkel's website, the company provides deep foundation work, including auger pressure grouted piles, infinity group piles, drilled displacement/screw piles, limited/remote access, micropiles, energy piles, drilled shafts, driven piles, and rock anchors/tie-downs.

27. According to Berkel's website, Berkel also provides sheeting and shoring, including sheet piles, soldier piles, tie-backs, underpinning, bracing, secant and tangent walls, soil nails, and façade retention, as well as ground improvement work, such as rigid inclusions, compaction grouting, pressure grouting, and deep soil mixing.

28. Berkel is in the business of providing ground improvement, foundation drilling, earth retention, groundwater control, and/or other geotechnical services.

29. Berkel's engineering group, which includes structural and geotechnical engineers, offers design assistance, as well as full designs on the company's products and services.

30. Berkel operates and/or maintains projects in many locations, including in Florida.

31. Berkel provides services equivalent or similar to those that Keller provides and is a direct competitor of Keller.

**FELDT'S RESIGNATION AND POST-RESIGNATION ACTIVITIES**

32. On or about September 30, 2024, Feldt resigned his position with Keller and accepted a position with Berkel, working from the Miami-Dade County, Broward County, and/or Palm Beach County, Florida areas.

33. On October 9, 2024, after learning that Feldt had accepted a position with Berkel, Keller sent Feldt a letter reminding him of his post-termination contractual obligations to Keller and advising him that he was in direct violation of those obligations through his employment with Berkel. A true and correct copy of the Feldt Cease and Desist Letter is attached hereto as **Exhibit 2**.

34. Feldt continues to be employed by Berkel in direct violation of the non-competition covenant set forth in the Agreement and Promotion Agreement.

## COUNT ONE: BREACH OF CONTRACT

35. Keller repeats and incorporates by reference each of the allegations set forth in the prior paragraphs as if fully set forth herein.

36. The Agreement constitutes a valid and enforceable contract.

37. Feldt received adequate consideration for the Agreement and the restrictive covenants contained therein, including a promotion, his continued employment with Keller, the provision of Confidential Information to him, and the Company's investment of time, effort, and money in building relationships with customers, referral sources, and suppliers.

38. Keller has fully performed its obligations under the Agreement.

39. The purpose of the non-competition covenant is to further Keller's legitimate interests in maintaining the secrecy of its Confidential Information, preventing the diversion of its customers and employees to direct competitors of Keller, and protection of the extraordinary or specialized training it provided to Feldt.

40. The non-competition covenant is reasonably limited in duration to one year.

41. The non-competition covenant is reasonably limited to the areas of Miami-Dade County, Broward County, and Palm Beach County.

42. By accepting employment with and working for Berkel in those counties less than one year after his employment with Keller ended, Feldt has breached the Agreement.

43. As a direct and proximate result of Feldt's actions in breach of the Agreement, Keller has and will sustain damages.

44. Although the full extent of Feldt's actions and the damages caused thereby are presently unknown and irreparable, Feldt's breach of the Agreement has caused and will continue to cause damages to Keller, including without limitation: loss of employees, jeopardy to and/or loss of Keller's existing and future business relationships and contacts with its customers, loss of customer confidence, loss of goodwill, loss of confidential business information, loss of referral sources, damage to or loss of Keller's reputation, and loss of competitive advantage, all of which exceeds the monetary value of $75,000, exclusive of interest and costs.

45. Keller is therefore entitled to a judgment against Feldt awarding damages in an amount to be determined at trial; granting a temporary restraining order, preliminary injunction, and permanent injunction prohibiting Feldt from competing against Keller in violation of his

Agreement for a period of one year from the date on which injunctive relief is first entered; and awarding such further relief as the Court deems just and proper.

## REQUEST FOR RELIEF

WHEREFORE, Keller demands and prays for relief against Nicholas Feldt as follows:

(a) temporary, preliminary, and permanent injunctive relief providing:

    (i) for a period of one year following the date injunctive relief is first granted, Defendant shall be enjoined from working for Berkel in violation of his Agreement;

    (ii) for a period of one year following the date injunctive relief is first granted, Defendant shall be prohibited from contacting, soliciting any of the current or former customers of the Company;

    (iii) for a period of one year following the date injunctive relief is first granted, Defendant shall be prohibited from soliciting any of the employees of the Company, who at the time of separation from service are employees of the Company, or who served in such capacity within the six-month period prior to his separation from service; and

    (iv) Defendant shall be prohibited from directly or indirectly making use of confidential, proprietary, trade secret information belonging to Keller.

(b) that Keller be relieved of any obligation to post an injunction bond;

(c) actual, compensatory and punitive damages in an amount to be proven at trial;

(d) an award of reasonable attorneys' fees and costs incurred in this action;

(e) pre- and post-judgment interest at the maximum rate permitted by law; and

(f) such other and further relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a jury trial on all issues so triable.

Dated: October 24, 2024.

Respectfully submitted,

*/s/ Lindsay M. Massillon*
Lindsay M. Massillon
Florida Bar No. 92098
lmassillon@fisherphillips.com
**FISHER & PHILLIPS, LLP**
201 E. Las Olas Blvd., Suite 1700
Fort Lauderdale, Florida 33301
Telephone: 954-525-4800
Facsimile: 954-525-8739

Benton N. Wood, B.C.S.
Florida Bar No. 957275
bwood@fisherphillips.com
**FISHER & PHILLIPS, LLP**
200 S. Orange Avenue
Suite 1100
Orlando, FL 32801
Telephone: (407) 541-0851
Facsimile: (407) 541-0887

Laura Bailey Brown (*pro hac admission pending*)
D. Kan. No. 78908
lkbrown@fisherphillips.com
**FISHER & PHILLIPS, LLP**
4622 Pennsylvania Avenue
Suite 910
Kansas City, Missouri 64112
Phone: (816) 842-8770
Facsimile: (816) 842-8767

ATTORNEYS FOR PLAINTIFF

## VERIFICATION

I declare and verify under penalty of perjury under the laws of the United States of America and the State of MO that the foregoing is true and correct.

Executed on: 10/23/24

By: Curtis Cook

Title: Executive Vice President